# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRISTOL-MYERS SQUIBB CO.,<br>E. R. SQUIBB & SONS, L.L.C.,<br>ONO PHARMACEUTICAL CO., LTD., and<br>TASUKU HONJO,<br><br>   Plaintiffs,<br><br>v.<br><br>GENENTECH, INC.,<br><br>   Defendant. | C.A. No. 17-cv-1027-CFC<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, that the above-captioned action (including without limitation all claims and counterclaims asserted in the action) is hereby dismissed in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or attorneys' fees to either party.

| | |
|---|---|
| Dated: June 13, 2019 | Respectfully submitted, |
| **FARNAN LLP** | **MORRIS, NICHOLS, ARSHT, & TUNNELL LLP** |
| */s/ Michael J. Farnan* | */s/ Karen Jacobs* |
| Joseph J. Farnan, Jr. (Bar No. 100245)<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market St., 12th Floor<br>Wilmington, DE 19801<br>Tel: (302) 777-0300<br>Fax: (302) 777-0301<br>farnan@farnanlaw.com<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com | Karen Jacobs (#2881)<br>Stephen J. Kraftschik (#5623)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>kjacobs@mnat.com<br>skraftschik@mnat.com |

*Of Counsel:*
Dianne B. Elderkin
Steven D. Maslowski
Matthew A. Pearson (Bar No. 4902)
Angela Verrecchio
Melissa R. Gibson
Jenna M. Pellecchia
Jason Weil
Matthew G. Hartman
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2001 Market Street, Suite 4100
Philadelphia, PA 19103
Tel: (215) 965-1200
Fax: (215) 965-1210
delderkin@akingump.com
smaslowski@akingump.com
mpearson@akingump.com
averrecchio@akingump.com
mgibson@akingump.com
jpellecchia@akingump.com
jweil@akingump.com
mhartman@akingump.com

Rachel Elsby
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036
Tel: (202) 887-4000
Fax: (202) 887-4288
relsby@akingump.com

*Counsel for Plaintiffs and Counterclaim Defendants Bristol-Myers Squibb Co., E. R. Squibb & Sons, L.L.C., Ono Pharmaceutical Co., Ltd., and Tasuku Honjo*

*Of Counsel:*
Kenneth A. Gallo
David E. Cole
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300
kgallo@paulweiss.com
dcole@paulweiss.com

Eric Alan Stone
Kira A. Davis
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas New York, NY 10019-6064
(212) 373-3000
estone@paulweiss.com
kdavis@paulweisss.com

*Counsel for Defendant Genentech, Inc.*